FILED

09/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0095

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0095

_____

JADA KU,

     Plaintiff and Appellant,

v.

GREAT FALLS PUBLIC SCHOOLS,

     Defendant and Appellee.

ORDER

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Jada Ku, to all counsel of record, and to the Honorable John W. Parker, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 29 2021